IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:90CR127 |
| v. | ) | |
| | ) | ORDER |
| RODNEY RUMSEY, | ) | |
| Defendant. | ) | |

This matter is before the court following a hearing on defendant's motion for early termination of supervision. Filing No. 1799. Upon consideration, the motion shall be granted and the judgment of $10,854.00 for supervision costs is set aside.

THEREFORE, IT IS ORDERED that defendant's motion for early termination of supervision, Filing No. 1799, is granted and the supervision costs are set aside.

DATED this 17th day of August, 2007.

BY THE COURT:

s/Joseph F. Bataillon
Chief U.S. District Judge